**Form 208**[ODSM 341 ME/Dsm Ch7]

UNITED STATES BANKRUPTCY COURT
DISTRICT OF UTAH

In re:  
    Cheryl Ann Freed  
        Debtor(s).

Case No. 15−26962 KRA  
Chapter 7

ORDER OF DISMISSAL

The debtor(s) having failed to comply with one or more of the following requirements pursuant to Local Rules 1007−1, 2003−1, or 4002−1(c):

    A. Timely file pertinent pleadings or documents;
    B. Failed to attend the Meeting of Creditors;
    C. Timely provide pertinent documents to the United States Trustee.

Notice having been given that such failure(s) will result in dismissal, it is hereby ORDERED that the above−named case is DISMISSED.

Dated and Entered on: October 14, 2015

*Kevin R. Anderson*

United States Bankruptcy Judge   (13)

```
                               United States Bankruptcy Court
                                      District of Utah
In re:                                                                  Case No. 15-26962-KRA
Cheryl Ann Freed                                                        Chapter 7
        Debtor
```

# CERTIFICATE OF NOTICE

```
District/off: 1088-2          User: mkh                   Page 1 of 2                  Date Rcvd: Oct 14, 2015
                              Form ID: f208               Total Noticed: 57


Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Oct 16, 2015.
db             +Cheryl Ann Freed,    6913 Kings Estate Drive,    Salt Lake City, UT 84128-3891
9916972        +Avantel USA,    2950 S. Gessner, Suite 265,    Houston, TX 77063-3751
9916973         Banfield Pet Hospital,    3191 West 3300 South,    Salt Lake City, UT 84109
9916975        +Brookwood Loans of Utah, LLC,    PO BOX 5970,    Alpharetta, GA 30023-5970
9916977        +Canyon Advantage LLC,    Jeremy M. Shorts,    PO BOX 971233,   Orem, UT 84097-1233
9916982        +Check 'N Go,    PO Box 550,    327 West Fourth Street,    Hutchinson, KS 67501-4842
9916983        +Check City,    PO BOX 970183,    Orem, UT 84097-0183
9916985         Citi Mortgage,    PO BOX 790005,    Saint Louis, MO 63179-0005
9916986        +Contract Management Services,    3953 S. Wasatch Blvd. Ste. 160,    Salt Lake City, UT 84124-2247
9916988        +Diamond Resorts,    10600 West Charleston Blvd.,    Las Vegas, NV 89135-1260
9916991        +Duffin & Associates,    11075 South State Street,    Suite 18,    Sandy, UT 84070-5199
9916994        +EZ Loan Services,    820 East 400 South,    Salt Lake City, UT 84102-2904
9916996        +Halsted Financial Services LLC,    PO BOX 828,    Skokie, IL 60076-0828
9916998        +Integrity Solutions Services, INC.,    4370 W. 109th Street,    Suite 100,
                 Overland Park, KS 66211-1316
9917000        +Key Bank,    PO BOX 94968,    Cleveland, OH 44101-4968
9917002        +Larry Warren Freed,    2020 E. Inverness Ave.,    #1011,    Mesa, AZ 85204-6972
9917003        +Lundberg & Associates,    3269 South Main Street,    Salt Lake City, UT 84115-3773
9917005        +Mountain Loan Centers,    Payment Processing Center,    1251 East 100 South,
                 Saint George, UT 84790-3069
9917008        +Northland Group Inc.,    PO BOX 390846,    Minneapolis, MN 55439-0846
9917009        +One Main Financial,    PO BOX 183172,    Columbus, OH 43218-3172
9917012        +Rocky Mountain Power,    PO BOX 150612,    Ogden, UT 84415-0612
9917015        +Spring Mobile,    2153 South 700 East,    Salt Lake City, UT 84106-1833
9917017         Sunrise Credit Services, Inc.,    PO BOX 9100,    Farmingdale, NY 11735-9100
9917018        +The Cash Store,    5642 South 900 East,    Salt Lake City, UT 84121-1171
9917019        +United Insurance Company,    po box 970069,    Orem, UT 84097-0069
9917022         West Asset Management,    7171 Mercy Road, Suite 100,    Omaha, NE 68106-2636
9917023        +West Valley City Hall,    3600 South Constitution Blvd.,    West Valley City, UT 84119-3700
9917024        +Westhill Financial,    2851 S. Parker Road Ste. 310,    Aurora, CO 80014-2733
9916992        +eTitle Insurance Agency,    3269 South Main Street,    Suite 100,    Salt Lake City, UT 84115-3773

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
9916971         EDI: CINGMIDLAND.COM Oct 15 2015 01:33:00      AT & T Mobility,    PO BOX 6416,
                 Carol Stream, IL 60197-6416
9916969        +EDI: AFNIRECOVERY.COM Oct 15 2015 01:33:00      Afni Inc.,    PO BOX 3517,
                 Bloomington, IL 61702-3517
9916970         E-mail/Text: e-bankruptcy@americafirst.com Oct 15 2015 01:54:41       America First Credit Union,
                 Bankruptcy Department,    PO BOX 9199,    Ogden, UT 84409-0199
9969891        +EDI: ATLASACQU.COM Oct 15 2015 01:34:00      Atlas Acquisitions LLC,    294 Union St.,
                 Hackensack, NJ 07601-4303
9916974        +E-mail/Text: banko@bonncoll.com Oct 15 2015 01:54:44       Bonneville Billing & Collection,
                 2970 South Main Street, #202,    Salt Lake City, UT 84115-6035
9916976        +Fax: 614-760-4092 Oct 15 2015 03:36:43      Buckeye Check Cashing,    3815 West 5400 South,
                 Taylorsville, UT 84129-3548
9916980         EDI: CAPITALONE.COM Oct 15 2015 01:33:00      Capital One Services, Inc.,    PO BOX 5155,
                 Norcross, GA 30091
9916978        +E-mail/Text: cms-bk@cms-collect.com Oct 15 2015 01:53:21       Capital Management Services, LP,
                 698 1/2 South Ogden Street,    Buffalo, NY 14206-2317
9916979        +EDI: CAPITALONE.COM Oct 15 2015 01:33:00      Capital One Bank,    P.O. Box 60599,
                 City of Industry, CA 91716-0599
9916981        +E-mail/Text: opsqa_usbankruptcy@cashnetusa.com Oct 15 2015 01:52:49       CashNetUSA.com,
                 200 W. Jackson Blvd. 14th Floor,    Chicago, IL 60606-6929
9916984        +Fax: 614-760-4092 Oct 15 2015 03:36:43      Checksmart,    6785 Bobcat Way,    Suite 200,
                 Dublin, OH 43016-1443
9916987        +EDI: RCSFNBMARIN.COM Oct 15 2015 01:33:00      Credit One Bank,    PO BOX 98873,
                 Las Vegas, NV 89193-8873
9916989        +EDI: ESSL.COM Oct 15 2015 01:33:00      Dish Network,    PO BOX 105169,   Atlanta, GA 30348-5169
9916990        +EDI: DCI.COM Oct 15 2015 01:34:00      Diversified Consultants INC,    PO BOX 551268,
                 Jacksonville, FL 32255-1268
9916990        +E-mail/Text: bankruptcynotices@dcicollect.com Oct 15 2015 01:54:40
                 Diversified Consultants INC,    PO BOX 551268,    Jacksonville, FL 32255-1268
9916993        +E-mail/Text: bankruptcy@expressrecovery.com Oct 15 2015 01:53:26       Express Recovery Services,
                 2790 South Decker Lake Drive,    Salt Lake City, UT 84119-2057
9916997        +EDI: IIC9.COM Oct 15 2015 01:33:00      I.C. System, Inc.,    444 Highway 96 East,    PO BOX 64437,
                 Saint Paul, MN 55164-0437
9916999         EDI: IRS.COM Oct 15 2015 01:34:00      Internal Revenue Service,
                 Centralized Insolvency Operation,    PO BOX 7346,    Philadelphia, PA 19101-7346
9917004        +EDI: MID8.COM Oct 15 2015 01:33:00      Midland Credit Management,    8875 Aero Drive, Suite 200,
                 San Diego, CA 92123-2255
9917006        +E-mail/Text: bkclerk@north-american-recovery.com Oct 15 2015 01:53:50       NAR Inc,
                 5225 Wiley Post Way #410,    Salt Lake City, UT 84116-2561
9917007        +E-mail/Text: gmdunn@cbecompanies.com Oct 15 2015 01:54:07       Nelson, Watson & Associates, LLC,
                 80 Merrimack Street Lower Level,    Haverhill, MA 01830-5211
```

```
District/off: 1088-2           User: mkh                  Page 2 of 2                  Date Rcvd: Oct 14, 2015
                               Form ID: f208              Total Noticed: 57

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center
(continued)
9917010        +EDI: PRA.COM Oct 15 2015 01:33:00      Portfolio Recovery Associates,   140 Corporate Boulevard,
                 Norfolk, VA 23502-4952
9917011        +E-mail/Text: bankolist@praxis-financial.com Oct 15 2015 01:53:55      Praxis Financial Solutions,
                 7301 N. Lincoln Avenue,   Suite 220,   Lincolnwood, IL 60712-1733
9917016         EDI: NEXTEL.COM Oct 15 2015 01:33:00      Sprint,   PO BOX 172408,   Denver, CO 80217-2408
9917013         EDI: SEARS.COM Oct 15 2015 01:33:00      Sears Card,   PO BOX 6924,   The Lakes, NV 88901-6924
9917014         E-mail/Text: bankruptcy@sw-credit.com Oct 15 2015 01:53:39      Southwest Credit Systems,
                 4120 International Pkwy Ste. 1100,   Carrollton, TX 75007-1958
9930459         EDI: RECOVERYCORP.COM Oct 15 2015 01:33:00      Tosh, Inc. dba Check City,
                 Care of Recovery Management Systems Corp,   25 S.E. 2nd Avenue, Suite 1120,
                 Miami, FL 33131-1605
9917020         EDI: USBANKARS.COM Oct 15 2015 01:34:00      US Bank,   PO BOX 790408,
                 Saint Louis, MO 63179-0408
9917021        +EDI: VERIZONWIRE.COM Oct 15 2015 01:33:00      Verizon Wireless,   PO BOX 660108,
                 Dallas, TX 75266-0108
                                                                                              TOTAL: 29

           ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
9916995       ##+Gentle Breeze-Lend Direct,   PO BOX 1120,   Boulevard, CA 91905-0220
9917001       ##+La Posta Tribal Lending Enterprise,   PO BOX 1120,   Boulevard, CA 91905-0220
                                                                                              TOTALS: 0, * 0, ## 2

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable.  Notices
will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed.  The
debtor's attorney or pro se debtor was advised that the specified notice was undeliverable.
```

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Oct 16, 2015                                  Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

```
The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on October 14, 2015 at the address(es) listed below:
              C. Michael Lawrence    on behalf of Debtor Cheryl Ann Freed michaellawrencepc@gmail.com,
               lawrencelawutah@gmail.com
              Duane H. Gillman tr    dhgnotice@djplaw.com, ut02@ecfcbis.com
              Jeremy M. Shorts    on behalf of Creditor    Canyon Advantage, LLC jeremy@shortslaw.com
              United States Trustee    USTPRegion19.SK.ECF@usdoj.gov
                                                                                             TOTAL: 4
```